1 | MELINDA HAAG (CABN 132612)
United States Attorney

2 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

3

4 | KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

5

6 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200

7 |    FAX: (415) 436-7234
   Kathryn.haun@usdoj.gov

8 |    William.frentzen@usdoj.gov

9 | RAYMOND N. HULSER (MABN 551350)
Acting Chief, Public Integrity Section

10

11 | RICHARD B. EVANS (DCBN 441494)
Trial Attorney

12 |    1400 New York Avenue, N.W.
   Washington, D.C. 20005

13 |    Telephone: (202) 353-7760
   Richard.B.Evans@usdoj.gov

14

15 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3 CR-15-70370 |
|    Plaintiff, | ) |
|   v. | ) UNITED STATES' RESPONSE IN SUPPORT OF DEFENDANT FORCE'S MOTION RE MEDICATION |
| CARL MARK FORCE, | ) Hon. Elizabeth D. Laporte |
|    Defendant. | ) |

UNITED STATES' RESPONSE IN SUPPORT OF DEFENDANT FORCE'S MOTION RE MEDICATION
CR 15-70370

1    Comes now the United States through its undersigned attorneys and submits this response in support of defendant Carl M. Force's motion for a court order re defendant's medication filed on May 12, 2015 (Dkt. No. 29).  Since defendant's arrest on March 27, 2015, counsel for the United States has been aware of defendant's medical condition and has endeavored to assist in any way it could to ensure that defendant received his mental health medications while in the custody of the U.S. Marshals Service (USMS) while being transported to the Northern District of California to face charges in this matter.  Following his arrival in the NDCA, defendant Force was transferred to the San Francisco County Jail and is currently being housed in its medical facility.  Counsel for the United States has learned that, according to defense counsel Ivan Bates, Force has not been receiving his prescribed medications while at the San Francisco County Jail and the undersigned has learned from the USMS that the Jail has refused to provide any information to the USMS without a court order due to HIPPA concerns.

It is in the interests of all parties that defendant Force receive the medications which have been prescribed by his treating physicians so that this matter can move forward to either trial or a pre-indictment resolution.  Accordingly, the United States hereby supports defendant's motion and respectfully requests that the court issue an order directing the San Francisco County Jail and the USMS to coordinate their efforts to ensure that Force receives his prescribed medications while he is in custody pending trial or disposition.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MELINDA HAAG |
| _____/s/_____ | _____/s/_____ |
| RICHARD B. EVANS | KATHRYN HAUN |
| Trial Attorney, Public Integrity Section | WILLIAM FRENTZEN |
|  | Assistant U.S. Attorneys |

Dated: May 19, 2015

UNITED STATES' RESPONSE IN SUPPORT OF DEFENDANT FORCE'S MOTION RE MEDICATION
CR 15-70370