UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3-CR-15-70370 |
| | ) | |
| V. | ) | ~~(PROPOS~~ED) ORDER TO |
| | ) | CONTINUE  STATUS |
| | | CONFERENCE AND FOR |
| | ) | EXTENSION OF TIME |
| | ) | UNDER RULE 5.1 AND |
| | ) | EXCLUSION OF TIME UNDER |
| | ) | THE SPEEDY TRIAL ACT |
| CARL M. FORCE | ) | |
| SHAUN W. BRIDGES, | ) | |
|    Defendants. | ) | |

Based upon the representation of counsel and for good cause shown, the Court finds that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, for extending time under Rule 5.1 for a status hearing to August 26, 2015.  The Court further finds that good cause exists for a continuance of the status hearing date to August 26, 2015.  The Court finds that failing to exclude the time between June 11, 2015, and August 26, 2015, would unreasonably deny the defendants and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of the justice served by excluding the time between June 11, 2015, to August 26, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, IT IS HERBY ORDERED that:

1. The status hearing date is extended to August 26, 2015;

2. good cause exists to extend time for the status hearing under Rule 5.1 to August 26, 2015; and

3. the time between June 11, 2015, and August 26, 2015, shall be excluded from computation under the Speedy Trial Act.

    18 U.S.C. § 3161(h)(7)(B0(iv)

DATED: __June 10, 2015__

_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge